1  TROUTMAN PEPPER HAMILTON SANDERS LLP
   Wynter L. Deagle, Bar No. 296501
2  wynter.deagle@troutman.com
   11682 El Camino Real, Suite 400
3  San Diego, CA  92130-2092
   Telephone:     858.509.6000
4  Facsimile:     858.509.6040

5  Attorneys for Defendant
   CHICK-FIL-A, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD ORTEGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC., and DOES 1 - 50, inclusive,<br><br>Defendant. | Case No.  2:21-cv-00839-KJM-CKD<br><br>**DEFENDANT CHICK-FIL-A, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF NOTICE OF REMOVAL**<br><br>State Action Filed:     March 11, 2021<br>State Action Served:   April 8, 2021 |
|---|---|

**PLEASE TAKE NOTICE** that Defendant, Chick-fil-A, Inc., by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses its May 7, 2021 removal of this action from the Sacramento County Superior Court (Case 34-02021-00296245) *without* prejudice to refile.  In support of the instant notice, Defendant states as follows:

1. Defendant filed its Notice of Removal [Dkt. 1] on May 7, 2021.

2. Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Plaintiff has not served an answer or filed a motion for summary judgment in this action.

4. Accordingly, this action may be dismissed *without prejudice* without an Order of the Court.

Dated:      May 13, 2021              TROUTMAN PEPPER HAMILTON
                                      SANDERS LLP


                                      By: */s/ Wynter L Deagle*
                                          Wynter L Deagle

                                          Attorneys for Defendant
                                          CHICK-FIL-A, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy has been served on all parties who are registered with the CM/ECF service.

TROUTMAN PEPPER HAMILTON SANDERS LLP


By: */s/ Wynter L Deagle*
Wynter L Deagle

Attorneys for Defendant
CHICK-FIL-A, INC.